# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

February 14, 2019

**VIA CM/ECF**
Honorable Magistrate Judge Cathy L. Waldor
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

        **Re:**   **Vuppala v. Royal Albert's Palace, Inc.**
              **Case No.: 2:17-cv-05106-KSH**

Dear Judge Waldor:

    The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement is in the process of being drafted and reviewed by the parties and their counsel. Upon payment of the settlement amount, which will be due after full execution of the settlement agreement, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within sixty (60) days of such Order in the event the settlement agreement is not completed and executed within that time period. We also request that the Court retains jurisdiction to enforce the settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381 (1994).

    Kindly cancel any upcoming events in this case.

    Thank you for your cooperation.

                Yours very truly,

                THE WEITZ LAW FIRM, P.A.

                By: _/s/ Robert J. Mirel_____
                     Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF